

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| SHIRLEY LANDERS,<br>　　　　Plaintiff,<br><br>vs.<br><br>LAURENS COUNTY SHERIFFS OFFICE;<br>LIEUTENANT M. R. CRAIN, JR.; COUNTY<br>OF LAURENS; SHERIFF RICKEY<br>CHASTAIN, Laurens County; ROBERT E.<br>TIMMONS, Sergeant; and SERGEANT<br>GALAZRIZA,<br>　　　　Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. 6:15-01533-MGL-KFM<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING DEFENDANT SERGEANT GALAZRIZA WITHOUT PREJUDICE FOR FAILURE OF SERVICE

This case was filed as a 42 U.S.C. § 1983 action. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Defendant Sergeant Galazriza be dismissed without prejudice for failure of service. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 14, 2016, but Plaintiff failed to file any objections to the Report.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein.  Therefore, it is the judgment of the Court that Defendant Sergeant Galazriza is **DISMISSED WITHOUT PREJUDICE** for failure of service.

**IT IS SO ORDERED**.

Signed this 10th day of August, 2016, in Columbia,  South Carolina.

s/ Mary Geiger Lewis  
MARY GEIGER LEWIS  
UNITED STATES DISTRICT JUDGE